JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARRY EDWIN MILES, | ) | No.  CV 14-9451-CAS (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| RICHARD IVES, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:    December 15, 2014.


CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

C:\Users\jyerke\AppData\Local\Temp\notesC7A056\LA14CV09451CASPJW-J.wpd